ERICKA F. HOUCK ENGLERT #218228
LEWIS BESS, WILLIAMS & WEESE P.C.
1560 Broadway, Suite 1400
Denver, Colorado 80202
Telephone: (303) 861-2828
Facsimile: (303) 861-4017
eenglert@lewisbess.com

Attorneys for Defendants, CRIMSON
RESOURCE MANAGEMENT CORP. and
CAL ROYALTY, LLC

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| GRAYSON SERVICES, INC., a California corporation<br><br>Plaintiff(s),<br><br>v.<br><br>CRIMSON RESOURCE MANAGEMENT CORP; CAL ROYALTY, LLC; and DOES 1 through 100,<br><br>Defendant(s). | NO.   1:14-cv-01125---SAB<br><br>**STIPULATION AND ORDER TO EXTEND DEFENDANTS CRIMSON RESOURCE MANAGEMENT CORP. AND CAL ROYALTY, LLC'S DEADLINE TO RESPOND TO PLAINTIFF'S COMPLAINT AND CONTINUE MANDATORY SCHEDULING CONFERENCE** |

Plaintiff GRAYSON SERVICES, INC., by and through his counsel of record, Douglas L. Mahaffey of Mahaffey Law Group, PC, and Defendants CRIMSON RESOURCE MANAGEMENT CORP. and CAL ROYALTY, LLC ("Defendants") by and through their counsel of record, Ericka F. Houck Englert of Lewis, Bess, Williams & Weese P.C., hereby stipulate as follows:

1.   That Defendants CRIMSON RESOURCE MANAGEMENT CORP. and CAL ROYALTY, LLC's  time to respond to the Complaint be extended up to and including **October 31, 2014.**  This extension does not exceed 28 days, nor alter any deadline or event set by the Court; and

1

///

///

2. That the Mandatory Scheduling Conference, currently scheduled for October 21, 2014 at 9:15 a.m. in Department 9 be continued to a date convenient with the Court, but no earlier than November 15, 2014.

**SO STIPULATED.**

Dated: September 29, 2014        LEWIS, BESS, WILLIAMS & WEESE P.C.


                                 By: */s/ Ericka F. Houck Englert*
                                 ERICKA F. HOUCK ENGLERT
                                 Attorneys for Defendants CRIMSON RESOURCE MANAGEMENT CORP. and CAL ROYALTY, LLC

Dated: September 29, 2014        MAHAFFEY LAW GROUP PC


                                 By: */s/ Douglas L. Mahaffey*
                                 DOUGLAS L. MAHAFFEY
                                 Attorneys for Plaintiff GRAYSON SERVICES, INC.

2

**ORDER**

Having read and considered the attached Stipulation, and finding good cause therefore, the Court orders as follows:

1. That Defendants CRIMSON RESOURCE MANAGEMENT CORP. and CAL ROYALTY, LLC's time to respond to the Complaint be extended up to and including October 31, 2014;

2. That the Mandatory Scheduling Conference, currently scheduled for October 21, 2014 at 9:15 a.m. in Department 9 shall now be set for November 4, 2014 , 2014 at 3:30 p.m. in Department 9.

IT IS SO ORDERED.

Dated:   **September 29, 2014**                    _____
                                                                                 UNITED STATES MAGISTRATE JUDGE