# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GRAYSON SERVICE, INC., <br><br> Plaintiff, <br><br> v. <br><br> CRIMSON RESOURCE MANAGEMENT CORP. et al., <br><br> Defendants. | Case No. 1:14-cv-01125-SAB <br><br> ORDER GRANTING DEFENDANTS' APPLICATION TO SHORTEN TIME FOR HEARING ON MOTION FOR PROTECTIVE ORDER <br><br> (ECF No. 61) |

On August 14, 2015, Defendants' filed an Application to Shorten Time for Consideration of Defendants' Motion for Clarification of Discovery Order and for Entry of Attorneys' Eyes Only Protective Order. The Court finds good cause to grant the request to shorten time.

Accordingly, IT IS HEREBY ORDERED that Defendants' Motion for Protective Order, filed August 14, 2015, shall be set for hearing before the undersigned on August 20, 2015 at 2:00 p.m. in Courtroom 9. Plaintiff's response to the Motion for Protective Order shall be filed on or before August 18, 2015.

IT IS SO ORDERED.

Dated: **August 17, 2015**

UNITED STATES MAGISTRATE JUDGE

1