# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GRAYSON SERVICE, INC., | Case No. 1:14-cv-01125-SAB |
| Plaintiff, | ORDER VACATING AUGUST 20, 2015 HEARING AND TAKING THE MATTERS UNDER SUBMISSION |
| v. | |
| CRIMSON RESOURCE MANAGEMENT CORP. et al., | |
| Defendants. | |

Defendants filed a motion to dismiss on July 16, 2015. (ECF No. 51.) On August 5, 2015, the Court heard an informal discovery dispute and an order issued on August 6, 2015 ordering Defendants to produce an unredacted copy of an exhibit filed with the motion to dismiss. (ECF Nos. 53, 54.) Plaintiff filed an opposition to the motion to dismiss on August 10, 2015. (ECF No. 57.) Defendant filed a motion for a protective order on August 14, 2015. (ECF Nos. 51, 60.) Defendants filed a reply to Plaintiff's opposition on August 17, 2015. (ECF No. 62.) On August 18, 2015, Plaintiff filed an opposition to the Defendants' motion for a protective order. (ECF No. 64.) Oral argument on both motions is set for August 20, 2015 at 2:00 p.m. in Courtroom 9.

The Court, having reviewed the record, finds these matters suitable for decision without oral argument. See Local Rule 230(g). Accordingly, the matters are taken under submission.

1

The previously scheduled hearing set on August 20, 2015 at 2:00 p.m. is vacated and the parties will not be required to appear at that time.

IT IS SO ORDERED.

Dated:  **August 19, 2015**

UNITED STATES MAGISTRATE JUDGE

2