*EXHIBIT "2"*

ASSIGNMENT OF OIL AND GAS LEASE

THIS ASSIGNMENT, dated effective the ~~16th~~ 21st day of ~~August~~ September,
1984, between MARATHON OIL COMPANY, a corporation, hereinafter
called "Assignor" and GRAYSON SERVICE, INC., a corporation,
hereinafter called "Assignee",

W I T N E S S E T H:

THAT, WHEREAS, Assignor now owns that certain Oil and Gas
Lease from Kern County Land Company, dated August 7, 1936,
covering lands in Section 13 (S/2 NW/4, SW/4 NE/4, W/2 SW/4, NE/4
SW/4, N/2 SE/4 SW/4 and NW/4 SE/4) and Section 14 (SE/4 and S/2
NE/4), in T. 30 S., R. 25 E., Kern County, California, ("said
Lease"), which Lease is subject to

a)  the Canal Unit Operating Agreement, dated April 10,
1941 ("said Unit"), covering lands in Sections 10, 11, 12, 13,
14, 15, 22, 23 and 24, T. 30 S., R. 25 E., Kern County,
California; and

b)  that certain Gas Processing Agreement dated January 27,
1976, ("said Processing Agreement"), and Gas Sales Agreement
dated April 19, 1965, ("said Sales Agreement"), covering gas
production from said Lease and Unit, which Agreements are also
covered by this Assignment; and

WHEREAS, Assignee desires to acquire all of Assignor's
interest in said Lease, Unit, Processing and Sales Agreements.

NOW, THEREFORE, for and in consideration of the mutual
covenants hereinafter contained, the parties hereto agree as
follows:

1.  Assignor hereby assigns to Assignee all of its right,
title and interest in and to said Lease, Unit, Processing and
Sales Agreements, together with all wells therein and thereon and
all items of personal property relating thereto.

2.  Assignee hereby accepts this Assignment and assumes all of Assignor's risk, liability and expense incident thereto, occurring after the date hereof, including, but not limited to, the expense of proper plugging and abandoning the wells therein and thereon and cleaning up the surface around the wells after such abandonment and all other obligations provided under said Lease, Unit, Processing and Sales Agreements.

3.  This Assignment shall be binding upon and shall inure to the benefit of the successors and assigns of the parties hereto.

IN WITNESS WHEREOF, the parties hereto have executed this Assignment of Oil and Gas Lease as of the date first hereinabove written.

MARATHON OIL COMPANY

By *B L Walters*

Name   B. L. Walters, Jr.
          Vice President
Title     Production United States

GRAYSON SERVICE, INC.

By *Bob Grayson*

Name
Title   *President*

STATE OF ~~CALIFORNIA~~ *Ohio*   )
                                                  ) SS:
COUNTY OF *Hancock*  )

On this *17th* day of *August*, 1984, before me a Notary Public of said State, duly commissioned and sworn, personally appeared *B. L. Walters, Jr.*, personally known to me to be the person described in and whose name is subscribed to the within instrument, as the attorney-in-fact of MARATHON OIL COMPANY and acknowledged to me that such corporation executed the same.

In Witness Whereof, I have hereunto set my hand and affixed my official seal the day and year in this certificate first above written.

*Betty Clark*
Notary Public

My Commission Expires: *2-13-84*

Betty Clark
Notary Public, State of Ohio
My Commission Expires February 13, 1988

-2-

STATE OF CALIFORNIA   )
                      ) SS:
COUNTY OF *KERN*      )

On this *10TH* day of _____*AUGUST*_____, 1984, before me a Notary Public of said State, duly commissioned and sworn, personally appeared _____*BOB GRAYSON*_____, personally known to me to be the person described in and whose name is subscribed to the within instrument, as the _____*PRESIDENT*_____ of GRAYSON SERVICE, INC. and acknowledged to me that such corporation executed the same.

In Witness Whereof, I have hereunto set my hand and affixed my official seal the day and year in this certificate first above written.

_____
Notary Public

My Commssion Expires: *12/28/86*



OFFICIAL SEAL
JERRY A. COULTER
NOTARY PUBLIC-CALIFORNIA
KERN COUNTY
My Commission Exp. Dec. 28, 1986

56                            -3-